IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEPHEN CHASE GRAUE                                                              PLAINTIFF

V.                         CASE NO. 5:16-cv-05292

KARAS MEDICAL; DR. ROBERT
KARAS; LIEUTENANT FOSTER; and
SHERIFF TIM HELDER, Washington
County, Arkansas                                                                DEFENDANTS

## OPINION AND ORDER

This is a civil rights case filed by the Plaintiff Stephen Chase Graue under the provisions of 42 U.S.C. § 1983. Plaintiff proceeds *in forma pauperis* and *pro se*. When he filed this case on October 19, 2016 (Doc. 1), Plaintiff was incarcerated in the Washington County Detention Center ("WCDC"). Plaintiff was advised (Doc. 3) that he had the obligation to immediately notify the Court of any changes in his address. Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires parties appearing *pro se* to promptly notify the Clerk and other parties of any change is his address, to monitor the case, and to prosecute or defend the action diligently.

On February 7, 2017, mail was returned as undeliverable from the WCDC. Based on the Court's own research, it was determined the Plaintiff had been transferred to the Arkansas Department of Correction, East Arkansas Regional Unit. A change of address was entered on his behalf on February 22, 2017. Plaintiff was reminded of his obligation to keep the Court informed of his current address at all times. He was further reminded that failure to do so could result in the dismissal of the case.

On June 19, 2017, Defendants filed a motion to dismiss (Doc. 21) indicating they had been unable to effect service of their summary judgment motion on the Plaintiff. A

show cause order (Doc. 24) was entered giving the Plaintiff until July 14, 2017, to respond to the motion to dismiss and the show cause order. Plaintiff was advised that failure to respond would result in the dismissal of this case. The show cause order was returned as undeliverable. A search of the Arkansas Department of Correction database indicates Plaintiff is no longer incarcerated there.

No other address is available for the Plaintiff. Plaintiff has not filed anything with the Court since he filed the complaint.

For these reasons, Defendants' motion to dismiss (Doc. 21) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE** for failure to prosecute this action and failure to obey the orders of the Court. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** on this 8th day of August, 2017.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE